daigua Waterworks Co. v. Village of Canandaigua, 90 Hun, 605, 35 N. Y. Supp. 1104 See 53 N. Y. Supp. 1115.

SMITH, Respondent, v. ALLEN et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 11, 1898.) Action by Percival C. Smith against Frank Allen and another. No opinion. Motion to resettle order granted. See 53 N. Y. Supp. 114.

SMITH et al., Appellants, v. FERGUSON et al., Respondent. (Supreme Court, Appellate Division, Second Department. October 11, 1898.) Action by William T. Smith and Richard C. Field against George D. Ferguson & Co. No opinion. Order affirmed, with $10 costs and disbursements. See 53 N. Y. Supp. 1097.

SMITH et al., Appellants, v. FOSTER, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 7, 1898.) Action by Duane Smith and another against John Foster. No opinion. Judgment affirmed, with costs.

SMITH v. SECOR et al. (Supreme Court, Appellate Division, First Department. October 14, 1898.) Action by Mary E. Smith against Rienzi A. Secor and others. No opinion. Motion denied, with $10 costs.

SMITH, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Second Department. November 29, 1898.) Action by Ellsworth C. Smith against Rose Ella Smith. No opinion. Judgment affirmed.

SMITH, Respondent, v. TENTH & TWENTY-THIRD ST. FERRY CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1898.) Action by Elizabeth Smith against the Tenth & Twenty-Third Street Ferry Company. No opinion. Order affirmed on argument, with $10 costs and disbursements.

SMYTH, Appellant, v. PARFITT, Respondent. (Supreme Court, Appellate Division, First Department. October 14, 1898.) Action by John F. B. Smyth against Charles R. Parfitt. R. J. Morrison, for appellant. J. F. Cryer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

SOKOL, Respondent, v. COHEN, Appellant. (Supreme Court, Appellate Term. December 13, 1898.) Action by Julius Sokol against Moses Cohen.

PER CURIAM. We think the plaintiff was entitled to recover back a portion of the sum deposited, but not the whole, as the defendant has expended the sum of $37 for repairs which plaintiff was bound to do, that should have been offset against the deposit. This sum and the extra costs allowed by reason of the fact that the recovery exceeded $50 should be deducted, thus reducing the amount of the judgment to the sum of $41.22, and, as so modified, the judgment will be affirmed, without costs. Judgment modified, and, as modified, affirmed, without costs.

SONNEBERG v. SONNEBERG, Respondent (ELEVENTH WARD BANK, Appellant). (Supreme Court, Appellate Division, First Department. October 14, 1898.) Action by Elora B. Sonneberg against Samuel Sonneberg and the Eleventh Ward Bank. G. S. P. Stillman, for appellant. E. Kaufman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re SPEER. (Supreme Court, Appellate Division, Third Department. November 22, 1898.) In the matter of William H. Speer, Jr. No opinion. Order revoked.

STANDARD FASHION CO. v. SIEGEL-COOPER CO. (Supreme Court, Appellate Division, First Department. November 18, 1898.) Action by the Standard Fashion Company against the Siegel-Cooper Company. No opinion. Motion granted upon payment of taxable costs and disbursements.

STATE, Respondent, v. SCHNACKY, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 7, 1898.) Action by the state of New York against Henry Schnacky. No opinion. Judgment and order affirmed, with costs. All concur, except ADAMS, J., not voting.

STEAMSHIP RICHMOND HILL CO. v. SEAGER. (Supreme Court, Appellate Division, First Department. October 14, 1898.) Action by the Steamship Richmond Hill Company against John Seager. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to go to court of appeals granted. See 52 N. Y. Supp. 985.

STERN, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. November 3, 1898.) Action by Joseph Stern against the City of New York. No opinion. Judgment affirmed, with costs, on opinion of Woodward, J., in Koelesch v. City of New York (decided this day) 54 N. Y. Supp. 110.

STROUP, Appellant, v. STROUP, Respondent. (Supreme Court, Appellate Division, Third Department. September 13, 1898.) Action by William H. Stroup against Maggie Stroup. No opinion. Order affirmed, with $10 costs and disbursements.

SWEENY, Appellant, v. KEAR, Respondent. (Supreme Court, Appellate Division, Second Department. November 22, 1898.) Action by Joseph H. Sweeny against Maria E. Kear. No opinion. Judgment affirmed, with costs.

SYRACUSE RAPID-TRANSIT CO. v. SYRACUSE & SUBURBAN R. CO. (Supreme Court, Appellate Division, Fourth Department. October 7, 1898.) Action by the Syracuse Rapid-Transit Company against the Syracuse & Suburban Railroad Company. No opinion. Motion denied, with $10 costs. See 53 N. Y. Supp. 1116.